UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Case No. 23-10831-(JPS) |
| | ) | |
| **Deborah Johnson,** | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Jessica Price Smith |
| _____ | ) | |
| | ) | |
| **Andrew R. Vara,** | ) | |
| **United States Trustee,** | ) | |
| | ) | |
| Plaintiff. | ) | Adv. Proceeding No. 23-01057-(JPS) |
| | ) | |
| v. | ) | |
| | ) | |
| **Mattie Williams,** | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION OF THE UNITED STATES TRUSTEE TO ADJOURN PRETRIAL CONFERENCE**

Now comes Plaintiff Andrew R. Vara, the United States Trustee for Regions 3 and 9 (the "United States Trustee"), by and through his undersigned counsel and hereby respectfully requests an adjournment of the pretrial conference to January 17, 2024, at 10:00 a.m. In support of the motion, the United States Trustee represents as follows:

1. Deborah Johnson filed her chapter 7 petition on March 20, 2023. Case No. 23-10831-(JPS) Docket No. 1. On July 6, 2023, the United States Trustee filed the *Complaint of the United States Trustee Seeking Civil Penalties, Injunctive, and Other Miscellaneous Relief Pursuant to 11 U.S.C. § 110* (the "Complaint") against Mattie Williams (the "Defendant"), who prepared Ms. Johnson's petition. Docket No. 1. The Defendant filed an answer to the Complaint on August 4, 2023, and a pretrial conference was held on September 13, 2023. Docket No. 5 and Docket Entry Dated 09/13/2023. At the pretrial conference, this Court set a deadline for the parties

to complete discovery by November 13, 2023, and scheduled a further pretrial conference for November 8, 2023. Docket Entry Dated 09/13/2023. On November 10, 2023, the Court granted the United States Trustee's motion to extend the discovery deadline until December 15, 2023, and adjourn the pretrial conference to December 13, 2023. Docket No. 21.

2. The United States Trustee and the Defendant are discussing a possible resolution to this case. The United States Trustee, therefore, requests an adjournment of the pretrial conference to allow for more time to reach a resolution. Counsel for the United States Trustee has spoken with the Defendant and the Defendant does not oppose an adjournment.

**WHEREFORE**, the United States Trustee requests this Court to enter an order adjourning the pretrial conference to **January 17, 2024, at 10:00 a.m.**

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 & 9**

By: */s/ Spencer H. Lutz*
Spencer H. Lutz (0101482)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114
Phone: (216) 522- 8289
Fax: (216) 522-7193
Email: Spencer.Lutz@usdoj.gov

# Certificate of Service

I hereby certify that on December 12, 2023, a true and correct copy of *Motion of the United States Trustee to Extend Discovery Deadline and Adjourn Pretrial Conference* was served upon the following in the manner indicated:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Spencer Lutz    spencer.lutz@usdoj.gov
- United States Trustee    (Registered address)@usdoj.gov

Via regular United States Mail, postage pre-paid:

Mattie Williams
986 Pembrook Road
Cleveland Heights, OH 44121

By:    */s/ Spencer H. Lutz*
Spencer H. Lutz (0101482)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114
Phone: (216) 522- 8289
Fax: (216) 522-7193
Email: Spencer.Lutz@usdoj.gov