UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-10831-(JPS) |
| | ) | |
| Deborah Johnson, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Jessica Price Smith |
| _____ | ) | |
| | ) | |
| Andrew R. Vara, | ) | |
| United States Trustee, | ) | |
| | ) | |
| Plaintiff. | ) | Adv. Proceeding No. 23-01057-(JPS) |
| | ) | |
| v. | ) | |
| | ) | |
| Mattie Williams, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF UNOPPOSED MOTION OF THE UNITED STATES TRUSTEE TO ADJOURN PRETRIAL CONFERENCE**

Andrew R. Vara, the United States Trustee for Regions 3 & 9, has filed with the Court the *Unopposed Motion of the United States Trustee to Adjourn Pretrial Conference* (the "Motion").

**<u>Your rights may be affected.</u>** You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion at a hearing, then on or before **December 13, 2023**, you or your attorney must:

File with the Court an objection at:

    United States Bankruptcy Court
    Howard M. Metzenbaum U.S. Courthouse
    201 Superior Avenue
    Cleveland, OH 44114-1235

1

If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to the undersigned at the **Office of the United States Trustee, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue E, Suite 441, Cleveland, Ohio 44114** and to all of the parties listed on the attached service list.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without conducting a hearing.

Dated: December 12, 2023

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 AND 9**

By: _/s/Spencer H. Lutz_
Spencer H. Lutz (#0101482)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue, Suite 441
Cleveland, Ohio 44114-1240
(216) 522-8289
(216) 522-7193 (fax)
Spencer.Lutz@usdoj.gov

## Certificate of Service

      I hereby certify that on December 12, 2023, a true and correct copy of the *Notice of Unopposed Motion of the United States Trustee to Adjourn Pretrial Conference* was served upon the following in the manner indicated:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Spencer Lutz    spencer.lutz@usdoj.gov
- United States Trustee    (Registered address)@usdoj.gov

Via regular United States Mail, postage pre-paid:

    Mattie Williams
    986 Pembrook Road
    Cleveland Heights, OH 44121

                                        By:     */s/Spencer H. Lutz*
                                                   Spencer H. Lutz (#0101482)
                                                   Trial Attorney
                                                   United States Department of Justice
                                                 Office of the United States Trustee
                                                 H.M. Metzenbaum U.S. Courthouse
                                                 201 Superior Avenue, Suite 441
                                                 Cleveland, Ohio 44114-1240
                                                 (216) 522-8289
                                                 (216) 522-7193 (fax)
                                                 Spencer.Lutz@usdoj.gov